UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WESTERN CONFERENCE OF TEAMSTERS
PENSION TRUST FUND,

          Plaintiff(s),

  v.

FREDDIE MAE HAMLET-WELLS and
EDWARD J. WELLS, JR.,

          Defendant(s).

NO. C05-1516P

ORDER ON MOTION TO FILE
PLEADINGS IN PAPER HARD COPY
IN LIEU OF ELECTRONIC FILING

The above-entitled Court, having received and reviewed:

1. Defendant's Motion to File Pleadings in Paper Hard Copy in Lieu of Electronic Filing

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is DENIED.

Defendants' counsel has been a member of the federal bar since 1992 and the Court presumes that he has been aware for some time of the requirement that attorneys appearing in the U.S. District Court for this district make arrangements to file their submissions electronically.  Registration is available online (http://www.wawd.uscourts.gov/wawd/welcome.nsf/main/page) and (if the attorney's contact information, etc. is current and correct) the process can be quickly completed.  According to counsel's declaration, he will be available until November 10, which the Court deems sufficient time to register to file his submissions electronically.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: October __28_, 2005

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

ORD ON MTN - 1